**Form fnldec** (Revised 10/07/2009)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 10−23674     Chapter: 7

In re:

Francisco Redwolf Arroyo
24225 Wolcott Road
Kansas City, KS 66109

SSN: xxx−xx−2987

| **Entered By The Court**<br>**6/6/11** | **FINAL DECREE** | **Filed By The Court**<br>**6/6/11**<br>**Fred Jamison**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Christopher J. Redmond is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 29

s/ Dale L. Somers
United States Bankruptcy Judge